**Extremely Urgent**

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

Apply shipping documents on this side

Do not use this envelope for:
UPS Ground
UPS Standard

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**
To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope...
- To qualify for the Letter rate, UPS Express Envelopes wei...

Note: Express Envelopes are containing sensitive personal or cash equivalent.

---

ANDREW PERRONG
1657 THE FAIRWAY # 131
JENKINTOWN PA 19046

0.2 LBS LTR    1 OF 1

SHIP TO:
   CLERK'S OFFICE
   USDC D. ARIZ.
   401 W WASHINGTON ST STE 130
   **PHOENIX AZ 85003**




AZ 850 9-10

**UPS NEXT DAY AIR SAVER**   1P
TRACKING #: 1Z 12W 3V6 13 9733 1895

BILLING: 3RD PARTY



___ FILED   ___ LODGED
___ RECEIVED   ___ COPY

JUL 12 2022
XOL 22.07.07  NV45 2.0A/2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United Parcel Service
ups